AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
## Western District of Texas

FILED
JAN 9 2002
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,
    Plaintiff

v.

LOCAL UNION NO.142 OF THE UNITED
ASSOCIATION OF JOURNEYMEN AND
APPRENTICES OF THE PLUMBING AND
PIPEFITTING INDUSTRY, ETAL
    Defendants

JUDGMENT IN A CIVIL CASE

CASE NUMBER:    SA 00 CA 930-OG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

THAT THE SUMMARY JUDGMENT MOTIONS OF LOCAL 142 AND JATC ARE GRANTED, AND PLAINTIFF'S CLAIMS AGAINST DEFENDANTS ARE DISMISSED IN THEIR ENTIRETY.

| January 09, 2002 | William G. Putnicki |
|---|---|
| Date | Clerk |
| | Linda Pohl |
| | (By) Deputy Clerk |