IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

MAR 11  12 13 PM '02

CLERK
COURT            DISTRICT

BY_____

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>    Plaintiff, | § § § § | |
| v. | § § | Civil Action No. SA-00-CA-0930-OG |
| LOCAL UNION NO. 142 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO; AND SAN ANTONIO AREA PLUMBERS AND PIPEFITTERS JOINT APPRENTICESHIP AND TRAINING COMMITTEE<br>    Defendants. | § § § § § § § § § § | |

## NOTICE OF APPEAL

Notice is hereby given that the Equal Employment Opportunity Commission, (the "EEOC") Plaintiff, in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment, entered in this action on the 9th day of January, 2002.

Respectfully submitted,

GWENDOLYN YOUNG REAMS
Associate General Counsel

ROBERT B. HARWIN
Regional Attorney
State Bar No. 076083
(District of Columbia)

LINDA GUTIERREZ
Supervisory Trial Attorney
Texas State Bar No. 08642750

1



_____
R. CHRIS PITTARD
Trial Attorney
Texas State Bar No. 00794465

EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
San Antonio District Office
5410 Fredericksburg Rd., Suite 200
San Antonio, Texas 78229-3555
Telephone: (210) 281-7636
Telecopier: (210) 281-7669

ATTORNEYS FOR PLAINTIFF