```
-----------------
  No. 02-50266
-----------------
```

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

    Plaintiff - Appellant

v.        SA00CA930 OG

LOCAL UNION NO: 142 OF THE UNITED ASSOCIATION OF JOURNEYMEN
AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF
THE UNITED STATES AND CANADA, AFL-CIO; SAN ANTONIO AREA
PLUMBERS & PIPEFITTERS JOINT APPRENTICESHIP AND TRAINING
COMMITTEE

    Defendants - Appellees

[FILED APR 19 2002, CLERK, U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS, BY ___ DEPUTY CLERK]

### ENTRY OF DISMISSAL

Pursuant to appellant's unopposed motion this appeal is dismissed this 15th day of April, 2002, see FED. R. APP. P. 42(b).

        CHARLES R. FULBRUGE III
        Clerk of the United States Court
        of Appeals for the Fifth Circuit

By: /s/ Debbie Kranz
        Debbie Kranz, Deputy Clerk

        FOR THE COURT - BY DIRECTION

DIS-4

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By /s/ Kimberly ____
    Deputy
New Orleans, Louisiana   APR 15 2002

49

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
**FILED**

APR - 8 2002

No. 02-50266

CHARLES R. FULBRUGE III
CLERK

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

        Plaintiff-Appellant,

v.

LOCAL UNION NO. 142 OF THE UNITED
ASSOCIATION OF JOURNEYMEN AND
APPRENTICES OF THE PLUMBING AND
PIPEFITTING INDUSTRY OF THE UNITED
STATES AND CANADA, AFL-CIO; and
SAN ANTONIO AREA PLUMBERS AND
PIPEFITTERS JOINT APPRENTICESHIP
AND TRAINING COMMITTEE,

        Defendants-Appellees.

## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S
## UNCONTESTED MOTION TO DISMISS APPEAL VOLUNTARILY

The Equal Employment Opportunity Commission ("Commission") hereby moves for voluntary dismissal of its appeal, with prejudice, pursuant to Fed. R. App. P. 42(b). Counsel for the defendants-appellees has no objection to the relief sought in this motion. Each party agrees to bear its own costs and attorney's fees, if any, associated with this appeal.

WHEREFORE, the Commission respectfully requests that this motion be granted.

Respectfully submitted,

NICHOLAS M. INZEO
Acting Deputy General Counsel

PHILIP B. SKLOVER
Associate General Counsel

LORRAINE C. DAVIS
Assistant General Counsel

*(signature)*

CAREN I. FRIEDMAN
Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1801 L Street, NW, 7th Floor
Washington, D.C. 20507
(202) 663-4720

April 4, 2002

2

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April 2002, a true and correct copy of the foregoing motion to dismiss was mailed first class, postage prepaid, to counsel of record at the following addresses:

> B. Craig Deats, Esq.
> DEATS & LEVY, P.C.
> 2204 Lake Austin Boulevard
> Austin, Texas 78703
>
> Jay Brandon, Esq.
> 711 Navarro, Suite 222
> San Antonio, Texas 78205

_____
Caren I. Friedman